UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAMELA WANNAMAKER,

    Plaintiff,

v.                                        Case No. 3:22cv10841-MCR-HTC

USAA BANKING,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 30, 2022 (ECF No. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed a Motion for Refund of Filing Fee, ECF No. 6. Otherwise, there have been no timely filed objections.

    Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE because the Court

does not have subject-matter jurisdiction over Plaintiff's claim.

      3.      Plaintiff's Motion for Refund of Filing Fee (ECF No. 6) is GRANTED.

The clerk is directed to refund Plaintiff's filing fee and close the file in its entirety.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**